## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 10-cr-00047-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRYCA CHAVEZ,
a/k/a Jerryca Baros,
a/k/a Misty Hetzel,

    Defendant.

---

### ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT

---

    This matter is before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendant (Doc. # 10), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and (F). HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. It is, therefore,

    ORDERED that the government's motion is granted, and that grand jury testimony and grand jury documents may be disclosed to Defendant and her attorney in the course of discovery in this case. It is

    FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant Chavez and her attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED: February __02__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge