# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00047-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRYCA CHAVEZ,
a/k/a Jerryca Baros,
a/k/a Misty Hetzel,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    In response to the Notice of Disposition (Doc. # 15) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for April 2, 2010 and the two-week jury trial set to commence on April 12, 2010 are VACATED. It is

    FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than March 19, 2010 to set this matter for a Change of Plea Hearing.

    DATED: March 12, 2010